**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lauterio Domingo GERMAN–SAN-**
**CHEZ, a.k.a. Lauterio D. German-**
**Sanchez, Defendant–Appellant.**

Nos. 15–10045, 15–10046.

United States Court of Appeals,
Ninth Circuit.

Submitted April 13, 2016.*

Filed April 18, 2016.

Ryan P. Dejoe, Assistant U.S., Office of
the U.S. Attorney, Tucson, AZ, for Plain-
tiff–Appellee.

Saul M. Huerta, The Huerta Law Office,
Tucson, AZ, for Defendant–Appellant.

Before: FARRIS, TALLMAN, and
BYBEE, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Lauterio
Domingo German–Sanchez appeals the ag-
gregate 36–month sentence imposed fol-
lowing his guilty-plea conviction for reen-
try of a removed alien, in violation of 8
U.S.C. § 1326, and revocation of super-
vised release. We have jurisdiction under
28 U.S.C. § 1291, and we affirm.

German–Sanchez contends that the dis-
trict court procedurally erred by failing to
explain the sentence adequately and re-

spond to his mitigating arguments. We
review for plain error, *see United States v.
Valencia–Barragan*, 608 F.3d 1103, 1108
(9th Cir.2010), and find none. The record
reflects that the district court considered
German–Sanchez's mitigating arguments
and adequately explained the sentence.
*See Rita v. United States*, 551 U.S. 338,
358–59, 127 S.Ct. 2456, 168 L.Ed.2d 203
(2007).

**AFFIRMED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.